**UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| In re:<br>KERMIT RAY LASLEY<br>TAWANDA L RUSH<br>Debtor(s) | Case No. 12-42712 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 10/29/2012.

2) The plan was confirmed on 02/21/2013.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was dismissed on 01/14/2016.

6) Number of months from filing to last payment: 36.

7) Number of months case was pending: 42.

8) Total value of assets abandoned by court order: NA.

9) Total value of assets exempted: $5,082.00.

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $17,024.00 |
| Less amount refunded to debtor | $183.06 |

**NET RECEIPTS:** $16,840.94

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid Through the Plan | $3,500.00 |
| Court Costs | $0.00 |
| Trustee Expenses & Compensation | $720.43 |
| Other | $0.00 |

**TOTAL EXPENSES OF ADMINISTRATION:** $4,220.43

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| AMERICASH LOANS LLC | Unsecured | 700.00 | 897.65 | 897.65 | 16.32 | 0.00 |
| AMERISTAR CASINO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| AR RESOURCES INC | Unsecured | 112.00 | NA | NA | 0.00 | 0.00 |
| ARS ACCOUNT RESOLUTION | Unsecured | 37.00 | NA | NA | 0.00 | 0.00 |
| ARS ACCOUNT RESOLUTION | Unsecured | 34.00 | NA | NA | 0.00 | 0.00 |
| ARS ACCOUNT RESOLUTION | Unsecured | 64.00 | NA | NA | 0.00 | 0.00 |
| ARS ACCOUNT RESOLUTION | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |
| ARS ACCOUNT RESOLUTION | Unsecured | 48.00 | NA | NA | 0.00 | 0.00 |
| ARS ACCOUNT RESOLUTION | Unsecured | 34.00 | NA | NA | 0.00 | 0.00 |
| ARS ACCOUNT RESOLUTION | Unsecured | 34.00 | NA | NA | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 832.00 | 1,208.96 | 1,208.96 | 17.37 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | 0.00 | 331.50 | 331.50 | 0.00 | 0.00 |
| ASSET ACCEPTANCE LLC | Unsecured | NA | 551.06 | 551.06 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | NA | 510.00 | 510.00 | 0.00 | 0.00 |
| ATLAS ACQUISITIONS LLC | Unsecured | 500.00 | 2,068.36 | 2,068.36 | 37.60 | 0.00 |
| BUREAU OF ACCOUNTS | Unsecured | 293.00 | NA | NA | 0.00 | 0.00 |
| CAPITAL ONE AUTO FINANCE | Unsecured | 203.00 | 11,761.94 | 11,761.94 | 213.85 | 0.00 |
| CENTRAL FINANCIAL CONTROL | Unsecured | 280.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK USA | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CHECK SMART | Unsecured | 2,074.00 | NA | NA | 0.00 | 0.00 |
| CHECK SMART | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 3,000.00 | 4,762.14 | 4,762.14 | 86.58 | 0.00 |
| COLLIER COUNTY EMS | Unsecured | 758.00 | NA | NA | 0.00 | 0.00 |
| COMCAST CABLE WESTCHESTER | Unsecured | 669.00 | NA | NA | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 1,752.00 | 1,751.79 | 1,751.79 | 18.33 | 0.00 |
| CONSUMER CELLULAR | Unsecured | 297.00 | 445.03 | 445.03 | 0.00 | 0.00 |
| CREDIT ACCEPTANCE CORP | Unsecured | 6,713.00 | 6,557.27 | 6,557.27 | 119.21 | 0.00 |
| CREDIT ACCEPTANCE CORP | Unsecured | 20,000.00 | 14,354.57 | 14,354.57 | 260.99 | 0.00 |
| DAWNSON CITY COLLEGE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| EMBARQ FLORIDA INC SO FLORIDA | Unsecured | NA | 597.65 | 597.65 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| ENTERPRISE RENT A CAR | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| FIRST CASH ADVANCE | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| FIRST CASH ADVANCE | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| GAFCO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEICO INSURANCE CO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GEMB WHITEHALL | Unsecured | 2,864.00 | NA | NA | 0.00 | 0.00 |
| GENERAL ELECTRIC EFCU | Unsecured | 588.00 | NA | NA | 0.00 | 0.00 |
| GENESIS CLINICAL LABORATORY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GM FINANCIAL | Unsecured | 11,904.00 | 11,942.00 | 11,942.00 | 217.12 | 0.00 |
| GM FINANCIAL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| GREAT AMERICAN FINANCE | Unsecured | 543.00 | 636.85 | 636.85 | 0.00 | 0.00 |
| GULF COAST COLLECTION | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| GWENDOLYN BROOKS HS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| H&R BLOCK BANK | Unsecured | 0.00 | 926.17 | 926.17 | 16.85 | 0.00 |
| HARRAHS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HOLY ANGELS SCHOOL | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HOME SHOPPING NETWORK | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| HORSESHOE CASINO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF EMPL0YMENT SECURITY | Unsecured | 0.00 | 2,655.00 | 2,655.00 | 38.12 | 0.00 |
| ISAC | Unsecured | 0.00 | 37,608.68 | 37,608.68 | 683.77 | 0.00 |
| JACK PHELAN DODGE | Unsecured | 1,032.00 | NA | NA | 0.00 | 0.00 |
| JEFFERSON CAPITAL SYSTEMS LLC | Unsecured | NA | 450.00 | 450.00 | 0.00 | 0.00 |
| KENNEDY KING COLLEGE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| LVNV FUNDING | Unsecured | 2,625.00 | 1,185.72 | 1,185.72 | 17.03 | 0.00 |
| MACNEAL HOSPITAL | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| MAJESTIC STAR CASINO | Unsecured | 425.00 | NA | NA | 0.00 | 0.00 |
| MAJESTIC STAR CASINO | Unsecured | 100.00 | NA | NA | 0.00 | 0.00 |
| MAJESTIC STAR CASINO | Unsecured | 125.00 | NA | NA | 0.00 | 0.00 |
| MAJESTIC STAR CASINO | Unsecured | 175.00 | NA | NA | 0.00 | 0.00 |
| MERCY HOSPITAL & MEDICAL CENT | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL ASSET | Unsecured | 226.00 | NA | NA | 0.00 | 0.00 |
| NATIONAL QUICK CASH | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 0.00 | 1,471.89 | 1,471.89 | 15.40 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 1,100.00 | 3,448.90 | 3,448.90 | 49.53 | 0.00 |
| PAYDAY LOAN STORE OF IL INC | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| PERITUS PORTFOLIO SERVICES | Secured | 9,400.00 | 10,187.08 | 10,187.08 | 10,187.08 | 575.24 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 646.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MANAGEMENT | Unsecured | 0.00 | 571.30 | 571.30 | 0.00 | 0.00 |
| PREFERRED A/B | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 443.00 | 443.15 | 443.15 | 0.00 | 0.00 |
| PREMIER BANK CARD | Unsecured | 479.00 | 479.46 | 479.46 | 0.00 | 0.00 |
| PREMIER DERMATOLOGY | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PROF ADJMNT CO | Unsecured | 460.00 | NA | NA | 0.00 | 0.00 |
| PROGRESSIVE FURNITURE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| PULMONARY CRITICAL CARE MED | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| QUEST DIAGNOSTIC | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| RADIOLOGY ASSOCIATES OF HOLLY | Unsecured | 34.00 | 34.65 | 34.65 | 0.00 | 0.00 |
| RJM AQUISITIONS FUNDING | Unsecured | 657.00 | 657.82 | 657.82 | 0.00 | 0.00 |
| ROBERT MORRIS COLLEGE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SALLIE MAE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SHERMAN DODGE | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| SOUTH CHICAGO MOTORS | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 1,213.00 | NA | NA | 0.00 | 0.00 |
| SPRINT | Unsecured | 1,213.00 | NA | NA | 0.00 | 0.00 |
| SPRINT PCS | Unsecured | 628.00 | NA | NA | 0.00 | 0.00 |
| SUN CASH | Unsecured | 1,000.00 | NA | NA | 0.00 | 0.00 |
| SUNCOAST SCHOOLS FCU | Unsecured | 3,489.00 | 3,489.04 | 3,489.04 | 50.12 | 0.00 |
| TECHNICAL EDUCATIONAL SVCS | Unsecured | 7,282.00 | NA | NA | 0.00 | 0.00 |
| TRUMP CASINO | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| UNION AUTO SALES | Unsecured | NA | 5,260.05 | 5,260.05 | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

Case 12-42712  Doc 55  Filed 05/10/16  Entered 05/10/16 16:49:46  Desc Main
Document  Page 4 of 5

### Scheduled Creditors:

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| UNION AUTO SALES | Unsecured | NA | 5,260.05 | 5,260.05 | 0.00 | 0.00 |
| UNIVERSITY OF CHICAGO HOSPITAL | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| US CELLULAR | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| VANGUARD MEDICAL GROUP | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| WESTLAKE HOSPITAL | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| WOW INTERNET AND CABLE | Unsecured | 0.00 | NA | NA | 0.00 | 0.00 |
| YUM PIZZA HUT | Unsecured | 40.00 | NA | NA | 0.00 | 0.00 |

### Summary of Disbursements to Creditors:

|  | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $10,187.08 | $10,187.08 | $575.24 |
| All Other Secured | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED:** | **$10,187.08** | **$10,187.08** | **$575.24** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $0.00 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$0.00** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$122,318.65** | **$1,858.19** | **$0.00** |

### Disbursements:

| | |
|---|---|
| Expenses of Administration | $4,220.43 |
| Disbursements to Creditors | $12,620.51 |
| **TOTAL DISBURSEMENTS:** | **$16,840.94** |

12)  The trustee certifies that, pursuant to Federal Rule of Bankruptcy Procedure 5009, the estate has been fully administered, the foregoing summary is true and complete, and all administrative matters for which the trustee is responsible have been completed. The trustee requests a final decree be entered that discharges the trustee and grants such other relief as may be just and proper.

Dated: 05/10/2016                         By: /s/ Tom Vaughn
                                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**